**UNITED STATES of America, Appellant, v. HERINGER BROS. & SONS, a Corporation, et al., Appellees.**

No. 10722.

Circuit Court of Appeals, Ninth Circuit.

April 3, 1944.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Edward Hale Julien, of San Francisco, Cal., for appellee.

Before MATHEWS and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

**UNITED STATES of America v. KEENER OIL & GAS COMPANY.**

No. 2922.

Circuit Court of Appeals, Tenth Circuit.

March 20, 1944.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Wilbur J. Holleman, of Tulsa, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. Louise G. PIPER.**

No. 12766.

Circuit Court of Appeals, Eighth Circuit.

Feb. 21, 1944.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 50 F.Supp. 363, dismissed without costs, pursuant to stipulation.

**In the Matter of the Petition of the UNITED STATES of America for Leave to File Petition for Writ of Mandamus, etc.**

No. 10651.

Circuit Court of Appeals, Ninth Circuit.

Jan. 24, 1944.

Norman M. Littell, Asst. Atty. Gen., and Vernon L. Wilkinson and Robert P. Marquis, Attys., Dept. of Justice, both of Washington, D. C., for petitioner.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for leave to file petition for writ of mandamus, or, in the alternative, writ of prohibition and for temporary stay of further proceedings in the United States District Court for the Territory of Hawaii in Civil Cause No. 417, U. S. A. v. Leslie Fullard Leo et al., and by direction of the Court, it is ordered that said petition for leave to file petition for writ of mandamus, or, in the alternative, writ of prohibition and for temporary stay of further proceedings be, and hereby is, denied.